Coast Co. *v.* Spring Lake.

## COAST COMPANY, appellant,

*v.*

## BOROUGH OF SPRING LAKE, respondent.

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Coast Co.* v. *Spring Lake, 11 Dick. Ch. Rep. 615.*

*Mr. Edwin Robert Walker* and *Mr. James Buchanan,* for the appellant.

*Messrs. Hawkins & Durand* and *Mr. Richard V. Lindabury,* for the respondent.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, GUMMERE, LUDLOW, NIXON, HENDRICKSON, ADAMS—8.

*For reversal*—DIXON, GARRISON, LIPPINCOTT, BOGERT—4.

NOTE.—Decision rendered November 7th, 1897, and omitted from its proper place.—REP.